# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 1:99 CV 1193** |
| | ) | |
| Plaintiff, | ) | **Judge Dan Aaron Polster** |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| **JOHN DEMJANJUK,** | ) | |
| | ) | |
| Defendant. | ) | |

On July 19, 2011, Defendant John Demjanjuk filed a Motion Pursuant to Fed. R. Civ. P. 60(b)(6) and 60(d)(1), (3), to set aside the judgment of denaturalization for Demjanjuk with prejudice. (**Doc #: 219**.) As the basis for this motion, Demjanjuk cites, among other things,

- the Government's failure to turn over a recently declassified March 4, 1985 FBI memorandum concluding that "the principal evidence against Mr. Demjanjuk is "quite likely fabricated" by the KGB;

- the Government has still not disclosed any classified materials to any defense lawyer or court despite the fact that litigants routinely handle classified materials per the Classified Information Procedures Act;

- the Government this past spring revealed to defense counsel docs from a file in the Cleveland FBI office that it claimed it never reviewed before;

- the Government's storage of documents at the Nat'l Archives in Maryland includes hundreds of "withdrawal slips" where an "apparently relevant documents were originally located.

(See generally Doc #: 221.)

Citing the Government's history of failing to disclose vital information as to Demjanjuk's defense, Demjanjuk asks the Court to:

(1) issue an order scheduling briefing on this motion;

(2) schedule the matter for oral argument;

(3) authorize further discovery and order a factual hearing to complete the record; and

(4) upon conclusion of the above, set aside the denaturalization judgment.

(Id. at 6.)

The Court hereby **GRANTS** the motion for an order scheduling briefing on this motion. Accordingly, the Government shall file a response memorandum no later than 4:00 p.m. on Friday, August 19, 2011, and Demjanjuk shall file a reply memorandum no later than 4:00 p.m. on Friday, September 2, 2011.

The Court **HOLDS IN ABEYANCE** Demjanjuk's other requests.

**IT IS SO ORDERED.**

                                           */s/ Dan A. Polster     July 20, 2011*
                                           **Dan Aaron Polster**
                                           **United States District Judge**